UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED BIOLOGICS, LLC d/b/a UNITED ALLERGY SERVICES,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERIGROUP TENNESSEE, INC. d/b/a AMERIGROUP COMMUNITY CARE, *et al.*,<br><br>*Defendants*. | Case No. 3:19-cv-180<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Debra C. Poplin |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously herewith, Defendants Allergy Associates, P.A., Ned DeLozier, Physicians' Medical Enterprises, LLC, and Amerigroup Tennessee, Inc.'s motion for summary judgment (Doc. 264) is **GRANTED**, and Plaintiff United Biologics, LLC d/b/a United Allergy Services's claims against them are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ LeAnna R. Wilson
  CLERK OF COURT